IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVEN LAWRENCE SCHMIDT | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 23-521 |
| TRANS UNION, LLC, et al. | : | |

## ORDER

**AND NOW, TO WIT:** This 20th day of November, 2023, it having been reported that the issues between Plaintiff Steven Lawrence Schmidt and Defendant Concord Servicing, LLC. have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, as to the above named parties only.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Motions to enforce judgments may be filed at any time after entry of judgment. *Union Switch & Signal Div. Am. Standard, Inc. v. United Elec., Radio & Mach. Workers, Local 610*, 900 F.2d 608, 615 (3d Cir. 1990).